# THE LAW OFFICES OF STEVEN GORDON

400 MADISON AVENUE
NEW YORK, NEW YORK 10017-1909
(212) 308-6000

FAX: (212) 308-3900
OF COUNSEL
TASO KALAPOUTIS

July 10, 2008

**VIA FIRST CLASS MAIL AND TELECOPIER (973)645-3436**

Honorable William H. Walls
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 4-D
Newark, New Jersey 07101-0419

RE: UNITED STATES OF AMERICA V. SANTIAGO ALVAREZ, ET AL.
UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
CRIMINAL NO. 02-716(WHW)

Dear Judge Walls:

As I am sure that the Court recalls, I represent Santiago Alvarez. Mr. Alvarez was sentenced by this Court and has been released from BOP custody after completing said sentence.

Under the terms of his supervised release, he cannot travel without your Honor's permission.

Mr. Alvarez desires to travel to the Dominican Republic to resolve probate matters of his grandfather who has recently passed away. With the Court's permission, he would leave the United States on August 14, 2008 to return on August 19, 2008.

Mr. Alvarez is gainfully employed with Potamkin Honda and has received permission from his employer to travel.

I thank the Court for its consideration. As always, do not hesitate to call upon me with any questions or comments.

Very truly yours,

Steven N. Gordon

SNG/jk
cc: Andrew Kogan, Esq. (via telecopier (973) 297-2094)

*Leaves it to the discretion of the Court.*

C:\Documents and Settings\Steve\My Documents\SNG\CLIENT\Alvarez,Santiago\Walls.Corres.071008.wpd