UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. WILLIAM H. WALLS |
| v. | : | Criminal No. 02-716 (WHW) |
| SANTIAGO ALVAREZ | : | STIPULATION |

This matter having come before the Court on the motion of Santiago Alvarez to terminate his supervised release or modify the conditions of his supervised release (Steven N. Gordon, Esq., appearing) in the presence of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Andrew Kogan, Assistant U.S. Attorney, appearing) and in the presence of defendant the United States Probation Office (Kevin J. Mullens, Sr. United States Probation Officer, and Shevell Y. Rudolph, United States Probation Officer, appearing); and the United States and United States Probation Office opposing the motion; and the Court having conducted a hearing on June 18, 2009; and the Court having heard arguments by counsel; and the Court having read the submissions by the parties and by United States Probation; and for good cause shown,

IT IS, on this 22 day of June 2009,

ORDERED that defendant's motion to terminate the period of his supervised release is hereby DENIED; and it is further

ORDERED that defendant's motion to modify the conditions of his supervised release is hereby GRANTED; and it is further

ORDERED that the remaining period of supervised release shall be unsupervised, that is United States Probation is not to actively supervise defendant; and it is further

ORDERED that in order to continue his education and obtain employment defendant is permitted to travel to the Dominican Republic and remain, as defendant has requested and consented to, in the Dominican Republic for the remaining period of his supervised release; and it is further

ORDERED that as a condition of his supervised release defendant, as he has requested and consented to, shall not enter the United States without prior approval during the remaining period of his supervised release, which according to Probation is June 12, 2010; and it is further

ORDERED that Probation's request to modify the terms of supervised release to include mental health treatment and testing is hereby DENIED.

HON. WILLIAM H. WALLS
United States District Judge